IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IN RE: SMITTY'S/CAM2 303 TRACTOR HYDRAULIC FLUID MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2936 <br><br> Master Case No. 4:20-MD-02936-SRB |
| This document relates to: <br> All Class Actions | |

## PLAINTIFFS' STATUS REPORT ON SETTLEMENT ADMINISTRATION

Plaintiffs provided the Court the following Status Report on Settlement Administration:

1. On March 28, 2025, the Court entered its Final Approval Order in this Class Action Settlement with Manufacturer Defendants Smitty's Supply, Inc. and CAM2 International LLC. ("Manufacturer Settlement Agreement"). Doc. No. 1221.

2. Throughout April and May, the Settlement Administrator and Class Counsel have been reviewing and evaluating the thousands of claims submitted in this Manufacturer Settlement Agreement. The claims are being evaluated for validity based on the following objective factors:

   (1) Was the tractor fluid purchased a part of this settlement?
   (2) Was the tractor fluid claimed sold at retailer listed by claimant?
   (3) Were the tractor fluid purchases claimed in the Settlement Class Period?
   (4) Were the tractor fluid purchases claimed for a time period when the specific fluid listed was sold?
   (5) If claiming a 55-gallon drum purchase, was it credible?
   (6) Was the specific product listed sold in the size of jugs/buckets/drums claimed?
   (7) Was sufficient retailer information, product information, and purchase date information provided?
   (8) Was complete equipment information provided?
   (9) Are there other factors indicating the purchases are not valid?
   (10) Was the damage claimed related to tractor fluid?

(11) Was the damage claimed timely?

(12) Was adequate information provided regarding the damage claim?

3. After initial review and evaluation, some Claim Forms were determined to be invalid. The Settlement Administrator has emailed or mailed denial letters to each claimant whose bucket and/or damage/repair claim was evaluated as "denied." The letters set forth the basis of the denial and advised the claimants that they could contest the denial. The Settlement Administrator and Class Counsel have been reviewing claims and communicating with claimants who contested their claim denials.

4. After initial review and evaluation, other Claim Forms were determined to be partially invalid. The Settlement Administrator emailed or mailed partial denial letters to each claimant whose bucket and/or damage/repair claim was evaluated as "partially denied." The letters set forth the scope and basis of the partial denial and advised the claimants that they could contest the partial denial. The Settlement Administrator and Class Counsel have been reviewing claims and communicating with claimants who contested the partial denial of their claims.

5. Class Counsel anticipates that the Settlement Administrator's claim review and evaluation process, including determinations of contested denials and partial denials, will be completed within the next 30-45 days. Plaintiffs will further update the Court on Settlement Administration at that time.

Date: May 27, 2025  Respectfully submitted,

HORN AYLWARD & BANDY, LLC

BY: */s/ Thomas V. Bender*
    Thomas V. Bender    MO 28099, KS 22860
    Dirk Hubbard    MO 37936, KS 15130
    2600 Grand Boulevard, Ste. 1100
    Kansas City, MO 64108
    (816) 421-0700
    (816) 421-0899 (Fax)
    tbender@hab-law.com
    dhubbard@hab-law.com

WHITE, GRAHAM, BUCKLEY,
& CARR, L.L.C
    Bryan T. White    MO 58805, KS 23255
    William Carr    MO 40091, KS 16301
    19049 East Valley View Parkway
    Independence, Missouri 64055
    (816) 373-9080 Fax: (816) 373-9319
    bwhite@wagblaw.com
    bcarr@wagblaw.com

CLAYTON JONES, ATTORNEY AT LAW
    Clayton Jones    MO 51802
    P.O. Box 257
    405 W. 58 Hwy.
    Raymore, MO 64083
    Office: (816) 318-4266
    Fax: (816) 318-4267
    clayton@claytonjoneslaw.com

GRAY RITTER GRAHAM
    Don M. Downing    MO 30405
    Gretchen Garrison    MO 66963
    701 Markey Street, Suite 800
    St. Louis, MO 63101
    Ph:    (314) 241-5620
    Fax:    (314) 241-4140
    ddowning@grgpc.com
    ggarrison@grgpc.com

**LEAD CLASS COUNSEL FOR PLAINTIFFS AND CLASS MEMBERS**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed electronically with the United States District Court for the Western District of Missouri, with notice of case activity to be generated and sent electronically by the Clerk of the Court to all designated persons this 27th day of May 2025.

          */s/ Dirk Hubbard*