# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| IN RE: SMITTY'S/CAM2 303 TRACTOR HYDRAULIC FLUID MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | \| MDL No. 2936 |
| | \| |
| | \| Master Case No. 4:20-MD-02936-SRB |
| This document relates to: | \| |
| All Class Actions | \| |

## STATUS REPORT

Class Counsel provides the following Status Report to the Court Regarding the Settlement:

1.    The monthly bank statements for this Manufacturer Class Action Settlement Fund are attached as Exhibits 1 through 9. The names of the contributors to the fund have been redacted, as under the Class Action Settlement Term Sheet the identity of the payors into the escrow account are not to be disclosed by the escrow agent. If that information is for some reason required by the Court, that can be provided.

2.    Katie Garrison, Vice President and Service Manager Sr for the National Settlement Team at Huntington Bank, reports that the average "interest crediting rate" for the funds being held, during the months the account has been holding funds, was 3.35% APY. The Federal Reserve lowered interest rates twice during the account period on 11/7/24 and 12/18/24 – each time by 0.25%. Therefore, there was a corresponding 0.25% decrease in the account interest rate, as reflected below:

| | |
|---|---|
| 10/11/24 –11/7/24 | 3.75% APY |
| 11/8/24-12/19/24 | 3.50% APY |
| 12/20/24-Present | 3.25% APY |
| Average | 3.35% APY |

Date: June 12, 2025        Respectfully submitted,

HORN AYLWARD & BANDY, LLC

BY:    */s/ Thomas V. Bender*
        Thomas V. Bender    MO 28099, KS 22860
        Dirk Hubbard       MO 37936, KS 15130
        2600 Grand Boulevard, Ste. 1100
        Kansas City, MO 64108
        (816) 421-0700
        (816) 421-0899 (Fax)
        tbender@hab-law.com
        dhubbard@hab-law.com

WHITE, GRAHAM, BUCKLEY,
& CARR, L.L.C
        Bryan T. White      MO 58805, KS 23255
        William Carr
        Gene Graham
        19049 East Valley View Parkway
        Independence, Missouri 64055
        (816) 373-9080 Fax: (816) 373-9319
        bwhite@wagblaw.com
CLAYTON JONES, ATTORNEY AT LAW
        Clayton Jones       MO 51802
        P.O. Box 257
        405 W. 58 Hwy.
        Raymore, MO 64083
        Office: (816) 318-4266
        Fax: (816) 318-4267
        clayton@claytonjoneslaw.com

GRAY RITTER GRAHAM
        Don M. Downing       MO 30405
        Gretchen Garrison     MO 66963
        701 Markey Street, Suite 800
        St. Louis, MO 63101
        Ph:    (314) 241-5620
        Fax:   (314) 241-4140
        ddowning@grgpc.com
        ggarrison@grgpc.com

**LEAD CLASS COUNSEL FOR PLAINTIFFS
AND CLASS MEMBERS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically with the United States District Court for the Western District of Missouri, with notice of case activity to be generated and sent electronically by the Clerk of the Court to all designated persons this 12th day of June 2025.

_/s/ Dirk Hubbard_