IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IN RE: SMITTY'S/CAM2 303 TRACTOR HYDRAULIC FLUID MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2936 <br><br> Master Case No. 4:20-MD-02936-SRB |
| This document relates to: <br> All Class Actions | |

### ORDER APPROVING STATUS REPORT REGARDING SETTLEMENT ADMINISTRATION AND PROPOSED DISTRIBUTIONS TO CLASS MEMBERS

Now on the 3rd day of July, 2025, the Court reviews Plaintiffs' Status Report Regarding Settlement Administration and Motion to Approve Proposed Distribution to Class Members (Doc. #1229). It is therefore hereby ORDERED that the Court approves the Status Report regarding Settlement Administration and further approves the proposed distributions to Class Members as set forth in the Status Report (Doc. #1229).

**IT IS SO ORDERED.**

Dated: July 7, 2025

*/s/ Stephen R. Bough*
HONORABLE STEVE BOUGH
UNITED STATES DISTRICT COURT JUDGE